# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 1:16-CV-00047-FDW

| | |
|---|---|
| KATRINA BECKER, | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| **Defendant.** | ) |

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees (Doc. No. 20). Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, and Defendant's response thereto (Doc. No. 22), the motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount $5,193.88, payable to Plaintiff and sent to Plaintiff's counsel, Paul T. McChesney. This award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the Equal Access to Justice Act.

IT IS SO ORDERED.

Signed: February 13, 2018

Frank D. Whitney
Chief United States District Judge